# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| AARON KEITH ANDERSON, #33606-077 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-45 |
| | § | CRIMINAL ACTION NO. 4:06-CR-117(3) |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ADOPTING INITIAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued an Initial Report and Recommendation (Dkt. #6) concluding that Movant's motion for default judgment (Dkt. #5) should be denied. The Initial Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of the motion, has been presented for consideration. Movant filed objections, alleging that he did not timely receive the Initial Report and Recommendation or the Government's response. *See* Dkt. #12. After conducting a *de novo* review of the record, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's motion for default judgment (Dkt. #5) is **DENIED**.

SIGNED this 29th day of May, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE